Hala J. Gores, OSB #89048
Hala J. Gores, P.C.
1332 SW Custer Drive
Portland, OR 97219
Tel:  (503) 295-1940
Fax: (503) 295-2651
Hala@goreslaw.com

Attorney for Plaintiffs Vicki Flynn, individually, and as Personal Representative of the
Estate of Jenee Nicole Hammel, and K.M., by and through his Guardian ad litem, Daniel
Marciano

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| *Ryan Hammel and Jamie Hammel,*<br><br>Plaintiffs,<br><br>*v.*<br><br>*Tri-County Metropolitan Transportation District of Oregon (Tri-Met),* a political subdivision of the State of Oregon, and<br><br>*Sandi L. Day,* an individual;<br><br>Defendants. | Case No. 3:12-cv-00706-MO<br><br>(Consolidated – Lead) |
| *David B. Sale,* personal representative of the Estate of Danielle Nicole Sale, an individual;<br><br>*David B. Sale,* an individual; and *Jeanette L. Sale,* an individual;<br><br>Plaintiffs,<br><br>*v.*<br><br>*Tri-Met,* assumed business name of Tri-County Metropolitan Transportation District of Oregon, a municipal corporation; and *Sandi L. Day,* an individual;<br><br>Defendants. | Case No. 3:12-cv-00708-MO<br><br>(Consolidated) |

Hala J. Gores, P.C.
Attorney at Law
The Gores Building
1332 S.W. Custer Drive
Portland, OR 97219
(503) 295-1940 Facsimile (503) 295-2651

| | |
|---|---|
| *Robert Erik Gittings*, an individual; | Case No. 3:12-cv-00709-MO |
| Plaintiff, | (Consolidated) |
| *v.* | |
| *Trimet*, assumed business name of Tri-County Metropolitan Transportation District of Oregon, a municipal corporation; and | |
| *Sandi L. Day*, an individual; | |
| Defendants. | |
| *Vicki Flynn*, individually and in her capacity as Personal Representative for the Estate of Jenee Hammel, and *K.M.*, by and through his Guardian ad Litem, Daniel Marciano, | Case No. 3:12-cv-00710-MO |
| Plaintiffs, | (Consolidated) |
| *v.* | |
| *Tri-Met*, assumed business name of Tri-County Metropolitan Transportation District of Oregon, a municipal corporation; and *Sandi L. Day*, an individual, | Plaintiffs Flynn's and Marciano's Notice of Appeal |
| Defendants. | |

Page 2- Plaintiffs Flynn's and Marciano's Notice of Appeal

Hala J. Gores, P.C.
Attorney at Law
The Gores Building
1332 S.W. Custer Drive
Portland, OR 97219
(503) 295-1940 Facsimile (503) 295-2651

Notice is hereby given that plaintiffs Vicki Flynn, individually and in her capacity as Personal Representative for the Estate of Jenee Hammel,  and K.M., by and through his Guardian ad Litem, Daniel Marciano, in USDC Case No. 3:12-cv-00710-MO, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment dismissing this consolidated action with prejudice, and from the Opinion and Order granting defendants' motions for summary judgment and denying plaintiffs' motions for partial summary judgment, entered on June 28, 2013 by the Honorable Michael W. Mosman.

Dated this 11th day of July, 2013.

HALA J. GORES, P.C.

/s Hala J. Gores
HALA J. GORES, OSB 89048
Attorney for Plaintiffs Flynn and Marciano
_____
Hala J. Gores, P.C., OSB 89048
1332 SW Custer Drive
Portland, OR 97219
Tel:  (503) 295-1940
Fax: (503) 295-2651
Hala@goreslaw.com

Attorney for Plaintiffs Vicki Flynn, individually and in her capacity as Personal Representative for the Estate of Jenee Hammel, and K.M., by and through his Guardian ad Litem, Daniel Marciano

Page 3- Plaintiffs Flynn's and Marciano's Notice of Appeal

Hala J. Gores, P.C.
Attorney at Law
The Gores Building
1332 S.W. Custer Drive
Portland, OR 97219
(503) 295-1940 Facsimile (503) 295-2651

## Representation Statement

The following attorneys represent the following parties in this action:

Hala J. Gores
Hala J. Gores PC
The Gores Building
1332 S.W. Custer Drive
Portland, OR 97219
Facsimile: (503) 295-2651
Email: hala@goreslaw.com
Attorney for Plaintiffs Vicki Flynn, individually and in her capacity as Personal Representative for the Estate of Jenee Hammel, and K..M., by and through his Guardian ad Litem, Daniel Marciano


Rick Pope
Stephen C. Thompson
Kirklin Thompson & Pope, LLP
1000 SW Broadway, Suite 1616
Portland, OR 97205-3035
Facsimile: (503) 227-5251
Rick@ktp-law.com
Attorney for Plaintiffs David B. Sale, Personal Representative of the Estate of Danielle Nicole Sale; David B. Sale, and individual; Jeannette L. Sale and Robert Erik Gittings


Michelle R. Burrows
22586 SW Park St.
Sherwood, OR 97140
Facsimile: (503) 241-3127
michelle.r.burrows@gmail.com
Attorney for Plaintiffs Ryan Hammel and Jamie Hammel


Kimberly A. Sewell
Erik Van Hagen
Tri-Met
1800 S.W. First Avenue
Portland, OR 97201
Facsimile: (503) 962-3095
sewellk@trimet.org
vanhagee@trimet.org
Attorneys for Defendant Tri-Met

Keith Garza
P.O. Box 68106
Oak Grove, Oregon 97268
503-344-4766
keithgarza@comcast.net
Attorney for Defendant TriMet


Page 4- Plaintiffs Flynn's and Marciano's Notice of Appeal

Hala J. Gores, P.C.
Attorney at Law
The Gores Building
1332 S.W. Custer Drive
Portland, OR 97219
(503) 295-1940 Facsimile (503) 295-2651

Jeffrey S. Eden
Ryan P. Boyle
Schwabe, Williamson & Wyatt
Pac West Center
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Facsimile: (503) 796-2900
jeden@schwabe.com
rboyle@schwabe.com
Attorneys for Defendant Sandi Day

Page 5- Plaintiffs Flynn's and Marciano's Notice of Appeal

Hala J. Gores, P.C.
Attorney at Law
The Gores Building
1332 S.W. Custer Drive
Portland, OR 97219
(503) 295-1940 Facsimile (503) 295-2651

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiffs Flynn's and Marciano's Notice of

Appeal by filing it on the 11th day of July, 2013 with the ECF filing system for the District of

Oregon, which will electronically serve the following attorneys with this document:


Kimberly A. Sewell
Erik Van Hagen
Tri-Met
1800 S.W. First Avenue
Portland, OR 97201
Facsimile: (503) 962-3095
sewellk@trimet.org
vanhagee@trimet.org

**Attorneys for Tri-Met**


Jeffrey S. Eden
Ryan P. Boyle
Schwabe, Williamson & Wyatt
Pac West Center
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Facsimile: (503) 796-2900
jeden@schwabe.com
rboyle@schwabe.com

**Attorneys for Sandi Day**

Rick Pope
Kirklin Thompson & Pope, LLP
1000 SW Broadway, Suite 1616
Portland, OR 97205-3035
Facsimile: (503) 227-5251
rick@ktp-law.com

**Attorney for Sale and Gittings**

Michelle R. Burrows
22586 SW Park St.
Sherwood, OR 97140
Facsimile: (503) 241-3127
michelle.r.burrows@gmail.com

**Attorney for Plaintiffs Ryan Hammel and Jamie Hammel**


HALA J. GORES, P.C.

/s Hala J. Gores
HALA J. GORES, OSB 89048
Attorneys for Plaintiffs Flynn and Marciano

_____
Hala J. Gores, OSB No. 89048
Attorney for Plaintiffs


Page 1 - Certificate of Service

Hala J. Gores, P.C.
Attorney at Law
The Gores Building
1332 S.W. Custer Drive
Portland, OR 97219
(503) 295-1940 Facsimile (503) 295-2651